NEW-YORK,
Nov. 1809.

NEWTON
v.
GALBRAITH.

*Richardson*, contra, cited *Laws of N. Y.* vol. 1. p. 347. 24 sess. c. 90.

<hr>

## NEWTON *against* GALBRAITH.

ON *certiorari* from a justice's court. *Galbraith* sued *Newton* before the justice, on two promissory notes, signed by *Newton;* the one for 10 dollars, payable on the 11th of *December*, 1807, in produce, to be delivered at *Newton's* house; and the other for 10 dollars, payable on the 11th *December*, 1808, in produce, to be delivered at *Newton's* house, in *Jericho*. The defendant pleaded payment; and on the trial he proved, that on the 11th *December*, 1807, he had hay in his barn, and was the quantity or value; it was held, that there was no proof of a tender or payment.

Where a promissory note was given payable in *produce*, to be delivered by a certain day, at the maker's house; in an action on the note, the defendant pleaded payment, and proved that he had hay in his barn, ready to be delivered on the day to the plaintiff, but did not show

there ready to pay in *hay*, though he did not prove the quantity, and that the plaintiff did not come ; and proved also, that he had hay ready, &c. on the 12th *December*, 1808. The plaintiff proved that he had one load of hay, after the first note fell due, and another load afterwards, but the defendant refused him any more ; and that the common price of hay was 6 dollars per ton. The justice gave his judgment for the plaintiff, for the amount of the notes, after deducting the hay received.

*Per Curiam.* There was no tender proved by defendant, sufficient to exonerate him from the payment of the balance due on the notes. A declaration that there was hay in his barn, or in stack for the plaintiff, without ascertaining the amount and value, was nothing. The judgment must be affirmed.

Judgment affirmed.